IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Teamsters Local Union No. 727 Health & Welfare Fund, by and through its Board of Trustees, Michael DeGard, John T. Coli, Jr., Nicholas Micaletti; Stephanie Brinson, John McCarthy, Gregory T. Youmans, Carl S. Tominberg and Robert Sheehy, | Case No. 18-cv-7388 |
| and | Hon. Matthew F. Kennelly |
| Teamsters Local Union No. 727 Legal and Educational Assistance Fund, by and through its Board of Trustees, Michael DeGard, John T. Coli, Jr., Nicholas Micaletti, Stephanie Brinson, John McCarthy, Gregory T. Youmans, Carl S. Tominberg and Robert Sheehy, | Magistrate Judge Jeffrey Cole |
| and | |
| Parking Industry Labor Management Committee, by and through its Board of Trustees, John T. Coli, Jr., James Buczek, and Michael Prussian, | |
| Plaintiffs. | |
| v. | |
| Courtesy Valet Service, Inc. | |
| Defendant. | |

**MOTION TO REINSTATE AND FOR JUDGMENT**

NOW COME Plaintiffs Teamsters Local Union No. 727 Health and Welfare Fund, Teamsters Local Union No. 727 Legal and Educational Assistance Fund and Parking Industry

1

Labor Management Committee ("**Plaintiffs**") and for their Motion to Reinstate and Judgment, state as follows:

1. On March 19, 2019, Plaintiffs and Defendant Courtesy Valet Services, Inc. ("Defendant") entered to into a Deferment, Tolling and Settlement Agreement ("Agreement"), *attached hereto as **Exhibit A**,* and pursuant to the Agreement this matter was dismissed without prejudice on March 19, 2019. *Dkt. No. 11.*

2. To date, Defendant has defaulted on the Agreement by failing to stay current on its financial contribution obligations to the Funds by failing to stay current with ongoing monthly contributions. *Ex. A, ¶4.*

3. On January 17, 2020, counsel for Plaintiffs sent a 10-day notice of default letter to Defendant. *Attached hereto as **Exhibit B** is a copy of the January 17, 2020 letter.*

4. On January 17, 2020, Defendant made a payment for $8,665.00 toward the outstanding balance.

5. To date, Defendant owes $998.37 for interest on delinquent contributions.

6. Additionally, Plaintiff incurred additional attorney's fees and costs in the amount of $4,934.50 in relation to this litigation. *Attached hereto as **Exhibit C** is the Declaration of Cara M. Anthaney.*

7. Due to Defendant's default, Plaintiffs are entitled judgment in the full amounts set forth herein in the amount of $998.37 plus $4,934.50 in legal fees and costs, plus any additional amounts due the Plaintiffs including, without limitation, interest, liquidated damages, additional attorney fees and court costs, and further audit expenses.

    **WHEREFORE,** the Plaintiffs pray that the Court grant the following relief:

    (a) That the Court reinstate this matter;

(b) That the Court enter judgment in favor of the Plaintiffs in the full amounts set forth in in the amount of $998.37 plus $4, 934.50 in legal fees and costs, plus any additional amounts due the Plaintiffs including, without limitation, interest, liquidated damages, additional attorney fees and court costs, and further audit expenses; and

(c) That the Court order such other relief that the Court deems just and appropriate.

Respectfully submitted,

ILLINOIS ADVOCATES, LLC

  s/ Cara M Anthaney
CARA M. ANTHANEY. ESQUIRE
77 W. Washington, Suite 2120
Chicago, IL  60602
Office           (312) 346-2052
Facsimile     (312) 492-4804
Email   cara.anthaney@iladvocates.com

*Counsel to Plaintiffs Teamsters Local Union No. 727 Benefit Funds and Trustees*

Dated:  January 30, 2020