IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Teamsters Local Union No. 727 Health & Welfare Fund, by and through its Board of Trustees, Michael DeGard, John T. Coli, Jr., Nicholas Micaletti; Stephanie Brinson, John McCarthy, Gregory T. Youmans, Carl S. Tominberg and Robert Sheehy, | Case No. 18-cv-7388 |
| and | Hon. Matthew F. Kennelly |
| Teamsters Local Union No. 727 Legal and Educational Assistance Fund, by and through its Board of Trustees, Michael DeGard, John T. Coli, Jr., Nicholas Micaletti, Stephanie Brinson, John McCarthy, Gregory T. Youmans, Carl S. Tominberg and Robert Sheehy, | Magistrate Judge Jeffrey Cole |
| and | |
| Parking Industry Labor Management Committee, by and through its Board of Trustees, John T. Coli, Jr., James Buczek, and Michael Prussian, | |
| Plaintiffs. | |
| v. | |
| Courtesy Valet Service, Inc. | |
| Defendant. | |

**DECLARATION OF CARA MARIE ANTHANEY**

I, Cara Marie Anthaney, make this declaration in support of the Plaintiffs Teamsters Local Union No. 727 Health & Welfare Fund, Teamsters Local Union No. 727 Legal and Educational Assistance Fund and Parking Industry Labor Management Committee ("Plaintiff Funds") Motion to Reinstate and Enter Judgment.

EXHIBIT C

I, Cara Marie Anthaney, being duly sworn, do hereby depose and say as follows:

1. I am an attorney at the law firm Illinois Advocates, LLC ("IA"). I joined IA in August 2014.

2. I am one of the attorneys representing the Plaintiffs in the above-captioned matter.

3. I am a member in good standing of the bar of the State of Illinois, admitted 2011.

4. I am also a member in good standing of the United States District Court for the Northern District of Illinois, admitted 2015.

5. My practice is focused on representing union members and union benefits funds in civil litigation matters and as an ERISA collections attorney. I am experienced in commercial litigation and collections for wide range of private clients including multinational banks, credit unions, healthcare providers, mercantile establishments, finance companies, and debt buyers. I also focus on general civil litigation, landlord/ tenant litigation, and consumer rights.

6. The Law Offices of Willig, Williams and Davidson ("WWD") and IA are co-counsel to the Plaintiff Funds.

7. WWD and IA attorneys bill at the rate of $375.00 an hour for work performed on behalf of the Plaintiff Funds.

8. WWD and IA administrative staff bills at the rate of $95.00 per hour for work performed on behalf of the Plaintiff Funds.

9. Upon review of billing records, Plaintiff Funds' counsel performed work related to the instant lawsuit and that Plaintiff Funds' attorneys' fees for this work totals $6,134.50 plus $462.50 in costs.

10. As part of the Settlement Agreement (*See Ex. A attached to Motion to Reinstate and Enter Judgment*) in this matter, Defendant Courtesy Valet, Inc. paid $2,000 toward attorney's fees on or around March 2019

11. I have personal knowledge of the matters stated in this declaration and affidavit and could testify competently to them.

12. I affirm and attest that the foregoing statements made by me are true.

Dated: January 30, 2020

Cara M Anthaney, Esq.
Illinois Advocates, LLC
77 W. Washington, Ste. 2120
Chicago, Illinois 60602
Ph. (312) 346-2052
Fx. (312) 492-4804
Cara.anthaney@iladvocates.com
Bar No. 6304583